1

UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | Case No. 22-cr-00251-ABJ |
| ) | |
| **LINWOOD ROBINSON, SR et al** ) | |
| ) | |
| ) | |
| **Defendant** ) | |
| ) | |

## DEFENDANTS' UNOPPSED MOTION TO CONTINUE STATUS HEARING

1

NOW COMES defendants Linwood Alan Robinson, Sr; Linwood Alan Robinson, II; Benjamin Scott Robinson; and Brittany Nicole Robinson, by and through their counsel of record, William L. Shipley, requests this Honorable Court to continue the status hearing set for January 5, 2023.

Attorney Shipley began trial on December 5, 2022, in the second "Oath Keepers" case.  See <u>United States v. Rhodes, et al.  22-cr-00015-APM.</u>  The case is expected to continue into the week of January 23, 2023.

When the status hearing for Defendants was set by this Court, the above-listed case was scheduled to start on November 29, 2022, and anticipated to conclude prior to the holidays.  On October 28, 2022, the trial date was rescheduled for December 5, 2022.  See <u>United States v. Rhodes, et al. 22-cr-00015-APM</u> ECF. No. 377.

Undersigned has conferred with the Government's attorney, Emily Allen, who do not oppose such continuance.

Wherefore, because of Attorney Shipley's unavailability, Defendants request this Honorable Court to reschedule the status hearing.

Dated: January 5, 2023          Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendants*
